IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELIZABETH RIDER, ROBERT
BRADLEY HENSLEY, JOHN L. IRONS, and
REBECCA IRONS, as individuals and on
behalf of all others similarly situated                                                      PLAINTIFFS

v.                                    No. 4:11CV00375 JLH

REGIONS FINANCIAL CORPORATION
and REGIONS BANK                                                                             DEFENDANTS

## ORDER

Wm. Dean Overstreet, local counsel for the defendants, has filed a motion for admission *pro hac vice* on behalf of William J. Holley, Jr., and David B. Darden. The motion is GRANTED. Document #15. William J. Holley, Jr., and David B. Darden are hereby admitted to appear before this Court as co-counsel in this action for the defendants.

IT IS SO ORDERED this 11th day of July, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE